UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:12-cr-272 |
|  | : |  |
| Plaintiff, | : | ORDER |
|  | : | [Resolving Doc. 82] |
| vs. | : |  |
|  | : |  |
| RAYMOND M. BINNEY, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On August 28, 2020, Defendant Raymond Binney, a 50-year-old FCI Milan inmate serving a 15-year 2012 child pornography sentence, moved this Court for 18 U.S.C. § 3582(c) compassionate release, citing health problems and the high COVID-19 exposure risk at FCI Milan.[1]  On October 22, 2020 the Court denied Binney's motion.[2]

On October 23, 2020, Binney appealed.[3]  On November 23, 2020, while his appeal was pending, Binney asked this Court to reconsider the same order that he had already appealed.[4]  This Court accordingly denied Binney's reconsideration motion.[5]

On January 19, 2021, Binney filed another motion for compassionate release in this Court and dismissed his appeal.[6]  For the reasons stated below, the Court again **DENIES** Binney's compassionate release motion.

---

[1] Doc. 66.
[2] Doc. 77.
[3] Doc. 78.
[4] Doc. 79.
[5] Doc. 81.
[6] Doc. 82; Doc. 83.

Case No. 1:12-cr-272
Gwin, J.

In his new motion, Binney raises arguments like those in his previously denied compassionate release motion. Binney claims that the Court's previous order incorrectly stated that Binney's sentence balance was 7 years.[7] Binney now presents documents not previously part of the record showing that Binney has a March 12, 2025 projected release date, 5 years from this order's date.[8]

While the Court acknowledges Binney's less remote projected release date, the Court believes that the 18 U.S.C. § 3553(a) factors continue to weigh against Binney's release for the reasons stated in its October 22, 2020 order denying Binney's initial release motion.

While Binney argues that COVID-19 is more prevalent at FCI Milan than it was at the time of his initial motion,[9] a COVID-19 vaccine has now been developed.[10] The Bureau of Prisons has begun administering vaccines under Centers for Disease Control guidance.[11] As of January 15, 2021, more than 17,000 vaccine doses have been administered to federal staff and inmates.[12] As vaccine distribution increases over time, Binney should get the vaccine.[13]

For these reasons, the Court **DENIES** Binney's compassionate release motion.

IT IS SO ORDERED.

Dated: January 26, 2021

s/       *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[7] Doc. 82 at 5.

[8] Doc. 82-2.

[9] Doc. 82 at 2–3.

[10] Federal Bureau of Prisons, *COVID-19 Vaccination Efforts Commended*, https://www.bop.gov/resources/news/20210116_covid_vaccine_efforts_commended.jsp (Jan. 16, 2021).

[11] *Id.*

[12] *Id.*

[13] *Id.*